FUYUKO NAGATA, TOKIWO NAGATA AND JACK NAGATA, BY TOKIWO NAGATA, HIS NEXT FRIEND *v.* KAHULUI DEVELOPMENT CO., LTD., A HAWAII CORPORATION.

No. 4478.

DECEMBER 22, 1966.

RICHARDSON, C.J., CASSIDY, WIRTZ, LEWIS AND MIZUHA, JJ.

*Per Curiam.* The petition for rehearing is denied without argument.

Richardson, C.J., and Mizuha, J., having dissented from the majority in the original opinion, do not concur.

*James H. Lack* (*Meyer M. Ueoka* of counsel) for the petition.